IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01304-REB-MJW

JIMMIE H.  PATRICK and
BARBARA L.  PATRICK,

Plaintiffs,

v.

BANK OF NEW YORK MELLON,
LAW OFFICE OF MICHAEL P. MEDVED, PC, and
JIM D. VENTRELLO, in his personal and official capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff Jimmie H. Patrick's letter (Docket No. 18), which has been construed as a motion, is granted.  Accordingly, both plaintiffs, Jimmie H. Patrick and Barbara L. Patrick, shall be permitted to participate in the Scheduling Conference and Show Cause Hearing set on August 1, 2011, at 9:30 a.m.

It is further ORDERED that attorney Christine L. Knight may also appear by telephone for this conference.  It is thus hereby

ORDERED that the plaintiffs shall call the office of Christine L. Knight [(970) 874-2090] at 9:25 a.m. on Monday, August 1, 2011, and then Ms. Knight's office will create the conference call and telephone the court at (303) 844-2403.  Both plaintiffs must participate in this conference call.  It is further

ORDERED that any future relief requested by the plaintiffs must be made in the form of a motion (rather than in a letter) in compliance with the Local Rules of Practice for the United States District Court for the District of Colorado.  The court notes that one plaintiff may not seek relief on behalf of the other.  Both plaintiffs must sign any motions if they are both seeking relief.  Furthermore, plaintiffs have a duty to confer with counsel for defendants prior to filing a motion with the court, see D.C.COLO.LCivR 7.1(A), otherwise the motion will not be considered by the court.

Date:   July 29, 2011