# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01304-REB-MJW           FTR - Courtroom A-502

**Date:** October 19, 2011                           Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JIMMIE H. PATRICK, and | Pro Se |
| BARBARA L. PATRICK, | Pro Se |
| Plaintiff(s), | |
| v. | |
| BANK OF NEW YORK MELLON, | Victoria E. Edwards |
| LAW FIRM OF MICHAEL P. MEDVED, PC., and | Melissa L. Morris |
| JIM D. VENTRELLO, | Heather L. Deere |
| Public Trustee of Delta County Colorado, | Timothy P. Schimberg |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SHOW   CAUSE   HEARING**
**Court in Session:**   9:29 a.m.
Court calls case.  Appearances of *Pro Se* Plaintiffs and defense counsel.

The Court raises the Order to Show Cause [Docket No. 46, Filed October 04, 2011] for discussion.  In addition to the letter [Docket No. 57] filed by Plaintiffs as a response to the Order to Show Cause, oral response is made by Plaintiffs.

**It is ORDERED:**     The ORDER TO SHOW CAUSE [Docket No. **46**, filed October 04, 2011] is deemed satisfied and is vacated.

Defense counsel are granted leave to file any appropriate motion(s) requesting reimbursement as to the October 04, 2011 settlement conference for which Plaintiffs failed to appear.
No further settlement conference is set at this time.

The Court raises   Plaintiffs' Motions for Intervention of the Court [Docket Nos. 54 and 56] for argument.  It is noted the motions are identical save the notary signature on Docket No. 56. Argument by plaintiff Jimmie H. Patrick.  Argument by Victoria  E. Edwards and  Timothy P. Schimberg.   No argument offered by Heather L. Deere.

**It is ORDERED:**     Plaintiffs'   MOTION FOR INTERVENTION OF THE COURT [Docket No. **54**, filed October 11, 2011] and  Plaintiffs'  MOTION FOR INTERVENTION OF THE COURT [Docket No. **56**, filed October 13,

2011] are both   **GRANTED IN PART AND DENIED IN PART.**

Request for intervention by the court is denied.  Change in location for the depositions from Denver, Colorado,  is   denied.   The Motions are granted  in that the depositions of the Plaintiffs noticed for October 19, and  October 20, 2011, will not be had on those dates.  Plaintiffs' proposed dates of October 24, and October 25, 2011, are denied.

Depositions of the Plaintiffs shall be held **NOVEMBER  14,  2011 at  10:00 a.m.  and  NOVEMBER  15, 2011 at  10:00 a.m.**   at the law office of Akerman Senterfitt LLP-Denver.  Ms. Edwards shall provide information to the Plaintiffs including office location, parking, and building access.  Depositions shall be re-noticed.

**It is ORDERED:**    DISCOVERY CUTOFF is extended from October 31, 2011 to **NOVEMBER 30, 2011**.

DISPOSITIVE MOTIONS DEADLINE is extended from November 30, 2011 to   **DECEMBER 30, 2011**.

The SCHEDULING ORDER [Docket No.  **28**, filed August 01, 2011] is amended accordingly.

Discussion is held regarding pending motions.
It is noted the Motion to Dismiss Plaintiff's [sic] Complaint [Docket No. **29**, filed August 02, 2011] filed by defendant Law Office of Michael P. Medved, P.C.,  is fully briefed.

**It is ORDERED:**    Plaintiffs shall have up to and including **NOVEMBER 07, 2011** within which to file any RESPONSES  to Defendant The Bank of New York Mellon's Motion to Dismiss Plaintiffs' Complaint and Jury Demand Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. **43**, filed September 15, 2011]   and   Defendant Jim D. Ventrello's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) [Docket No. **52**, filed October 11, 2011].

Hearing concluded.

**Court in recess:**      10:00 a.m.
Total In-Court Time 00:31