IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01304-REB-MJW

JIMMIE H. PATRICK, and
BARBARA L. PATRICK,

Plaintiff(s),

v.

BANK OF NEW YORK MELLON,
LAW OFFICE OF MICHAEL P. MEDVED, PC, and
JIM D. VENTRELLO, in his personal and official capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiffs' Motion for Dismissal of Depositions Due to Illness (docket no. 70) is GRANTED as follows finding good cause shown. Pro Se Plaintiff Jimmie Harold Patrick was hospitalized from November 10-12, 2011. See letter from Dr. Harrison W. Wood, M.D. dated November 12, 2011 attached to the subject motion (docket no. 70). Dr. Wood states in his letter " He will need to convalesce for another week before making any trips outside his local town. He is specifically advised not to travel to Denver on the week of Monday the 14th." Accordingly, the deposition that was set for Pro Se Plaintiff Jimmie Harold Patrick either on November 14 or 15, 2011, is VACATED. Since the Co-Plaintiff Barbara Patrick's deposition was going to be taken back-to-back with her husband Jimmie Harold Patrick's deposition, her scheduled deposition for either November 14 or 15 is also VACATED.

It is FURTHER ORDERED that the parties are to meet and confer within 10 days from the date of this minute order and reset the depositions for both Plaintiffs Jimmie Harold Patrick and Barbara L. Patrick before January 20, 2012.

It is FURTHER ORDERED that discovery is extended to January 20, 2012, for the limited purpose of completing the depositions of the Pro Se Plaintiffs Jimmie Harold Patrick and Barbara L. Patrick.

Date:   November 21, 2011