IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   11-cv-01304-REB-MJW

JIMMIE H.  PATRICK, and
BARBARA L.  PATRICK,

Plaintiff(s),

v.

BANK OF NEW YORK MELLON,
LAW OFFICE OF MICHAEL P. MEDVED, PC, and
JIM D. VENTRELLO, in his personal and official capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Jim D. Ventrello's Motion for Costs (docket no. 63) is GRANTED.  Plaintiffs have failed to file any timely response to this motion and this court deems the motion confessed.  Moreover, I find that the costs requested are  fair, reasonable and were necessary in order for Defendant Ventrello to attend the previous scheduled Settlement Conference in which Plaintiffs failed to appear.

It if FURTHER ORDERED that the Plaintiffs  Jimmie H. Patrick and Barbara L. Patrick, jointly and severally, shall pay to Defendant Jim D. Ventrello the sum of $202.62, on or before December 30, 2011.

Date:  December 1, 2011