**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  11-cv-01304-REB-MJW        FTR - Courtroom A-502

**Date:**  February 15, 2012                    Courtroom Deputy, Ellen E. Miller

*Parties*                                        *Counsel*

JIMMIE H. PATRICK, and                           Pro Se
BARBARA L. PATRICK,                              Pro Se

    Plaintiff(s),

v.

BANK OF NEW YORK MELLON,                         Victoria E. Edwards
LAW FIRM OF MICHAEL P. MEDVED, PC., and          Melissa L. Morris
JIM D. VENTRELLO,                                Kerri Ann Booth
Public Trustee of Delta County Colorado,         Rachel B. Sheikh
                                                 Timothy P. Schimberg

    Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**: **MOTIONS HEARING**
**Court in Session:** 1:51 p.m.
Court calls case. Appearances of *Pro Se* plaintiffs and defense counsel. The time set for this hearing is 1:30 p.m. The Court has waited to call the case to allow time for defense counsel Ms. Edwards to appear.

As ordered, Defendant Law Office of Michael P. Medved, P.C. presented to the Court and the parties for inspection the original Adjustable Rate Note at issue in this case.
The original Adjustable Rate Note is marked as Court's Exhibit 1.
The Courtroom Deputy makes a copy of the original Adjustable Rate Note and, pursuant to Fed. R. Evid. 1002. Requirement of Original and Fed. R. Evid. 1003. Admissibility of Duplicates, the Court's Exhibit 1 is held by the Court and the original Adjustable Rate Note is returned to Ms. Booth, counsel for Defendant Law Office of Michael P. Medved, P.C.

JIMMIE H. PATRICK is called and sworn by the Court.
Questions by the Court regarding the original Adjustable Rate Note.
Questions by Victoria E. Edwards.
Questions by Kerri A. Booth.
Questions by Rachel B. Sheikh.

Jimmie H. Patrick is excused from the witness stand.

BARBARA L. PATRICK is called and sworn by the Court.
Questions by the Court regarding the original Adjustable Rate Note.
Questions by Victoria E. Edwards.
No questions by Kerri A. Booth.
No questions by Rachel B. Sheikh.

Barbara L. Patrick is excused from the witness stand.

With no objections,
**COURT'S EXHIBIT 1.** is offered and admitted.

The pending motions to dismiss, which are being treated as motions for summary judgment under Fed. R. Civ. P. 56, are raised.

First, the Court raises Defendant Law Office of Michael P. Medved, P.C.'s Motion to Dismiss Plaintiff's Complaint [Docket No. **29**, filed August 02, 2011] for argument.

Argument by Kerri Ann Booth.
Responses by Jimmie H. Patrick.

With no objections,
Defendant Law Office of Michael P. Medved, P.C.'s **EXHIBIT A** is offered and admitted.

With no objections,
Plaintiffs' **EXHIBIT 1** is offered and admitted.

With no objections,
Plaintiff's **EXHIBIT 2** is offered and admitted.

**It is ORDERED:**   Defendant Law Office of Michael P. Medved, P.C.'s MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Docket No. **29**, filed August 02, 2011] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

The Court raises Defendant The Bank of New York Mellon's Motion to Dismiss Plaintiffs' Complaint and Jury Demand Pursuant to Fed. R. Civ. P. 12(b)(b) [Docket No. **43,** Filed September 15, 2011] for argument.

Argument by Victoria E. Edwards.
Responses by Jimmie H. Patrick.

**It is ORDERED:**   Defendant The Bank of New York Mellon's MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND JURY DEMAND PURSUANT TO Fed. R. Civ. P. 12(b)(b) [Docket No. **43,** Filed September 15, 2011] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

The Court raises Defendant Jim D. Ventrello's MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(1)  [Docket No. **52**, filed October 11, 2011] for argument.

Argument by Rachel B. Sheikh.
Responses by Jimmie H. Patrick.

**It is ORDERED:**    Defendant Jim D. Ventrello's MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(1) [Docket No. **52**, filed October 11, 2011]  is **TAKEN UNDER  ADVISEMENT.**  The court will issue its written Order.

During the Final Pretrial Conference held January 31, 2012, Ms. Edwards on behalf of Bank of New York Mellon advised the Court that Plaintiffs had failed to respond to the written discovery served in September 2011.  Plaintiffs were ordered to properly respond on or before February 15, 2012.  Ms. Edwards advises the Court Plaintiffs have failed to respond as of this deadline.

Plaintiffs and Bank of New York Mellon shall meet and confer regarding the written discovery to which Plaintiffs have failed to respond.  Bank of New York Mellon shall outline specifically which discovery responses have not been received.

**It is ORDERED:**    Plaintiffs shall have up to and including **FEBRUARY 22, 2012** within which to properly respond to the written discovery.

If Plaintiffs fail to comply with this deadline, Bank of New York Mellon may file any appropriate motion(s).

EXHIBITS marked and admitted are for the purpose of this hearing only, and are attached.

HEARING CONCLUDES.

**Court in recess:**   4:11 p.m.
Total In-Court Time:   02:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.